# THE LAW OFFICE OF ELIZABETH E. MACEDONIO
---ATTORNEY AT LAW---

42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770
FAX: (718) 281-0850
Email: emacedonio@yahoo.com

July 21, 2011

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: <u>United States v. Nicolo Valenti</u>
11 Cr. 31 (KAM)

Dear Judge Matsumoto:

    This letter is written seeking modification of Mr. Valenti's bail conditions. Specifically, it is requested that Mr. Valenti be permitted to leave his home with his daughters to attend his sister-in-law's birthday celebration.

    The proposed modification would permit Mr. Valenti to leave home on Sunday July 24, 2011, at 1:00 in the afternoon and return by 9:00 in the evening. He will be traveling to the restaurant Yuraku in Flushing, New York.

    In ruling on the within application, the Court may wish to consider to following facts. Mr. Valenti was released on a $400,000 secured personal recognizance bond with the special condition of electronic monitoring. The bond was co-signed by his brother, sister-in-law and mother. Thereafter, the bond was amended permitting Mr. Valenti to leave his home for work purposes. Mr. Valenti has adjusted to the conditions placed upon him by Pre-Trial Services without incident.

    Prior to making this application, I spoke with Assistant United States Attorney Allon Lifshitz and Pre Trial Officer Michael Ilaria. Neither has any objection to the modification.

    I thank Your Honor for her continued consideration.

Respectfully submitted;

*Elizabeth Macedonio*

Elizabeth Macedonio

cc: Elizabeth Geddes, AUSA – Via Electronic Mail
    Michael Ilaria, PTS Officer – Via Electronic Mail