# THE LAW OFFICE OF ELIZABETH E. MACEDONIO
##### ATTORNEY AT LAW

42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770
FAX: (718) 281-0850
Email: emacedonio@yahoo.com

August 1, 2011

**Via Electronic Mail**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: United States v. Nicolo Valenti and Benito Valenti
11 Cr. 31 (KAM)

Dear Judge Matsumoto:

With the consent of the government and Pretrial Services, this letter is written seeking modification of Nicolo Valenti and Benito Valenti's bail conditions. Specifically, it is requested that the electronic monitoring portion of their release be eliminated.

Both defendants have been on release since their arrests in January 2011, and they have adjusted well to the conditions placed upon them by Pretrial Services. There have been no incidents with regard to any of the conditions imposed by their respective officers.

I thank Your Honor for her continued consideration in this matter.

Respectfully submitted;

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio

cc: Allon Lifshitz, AUSA – Via Electronic Mail
    Michael Illaria, PTS Officer – Via Electronic Mail
    Arthur E. Bobuak, PTS Officer – Via Electronic Mail