# THE LAW OFFICE OF ELIZABETH E. MACEDONIO

---------------------------------------------ATTORNEY AT LAW---------------------------------------------

42-40 BELL BOULEVARD  
SUITE 302  
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770  
FAX: (718) 281-0850  
Email: emacedonio@yahoo.com

December 22, 2011

**VIA ECF**

Honorable Kiyo A. Matsumoto  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: United States v. Nicolo Valenti  
11 Cr. 31 (KAM)

Dear Judge Matsumoto:

In response to the Court's directive, my office has spoken to Mr. Valenti about the other guests invited to spend New Year's Eve in the home of Benito Valenti. Mr. Valenti has advised that it will be an intimate gathering of close relatives. Among those expected to attend are his mother, Maria Valenti, his brother Robert Valenti, his Aunt and Uncle, Angelina and Domenic Valenti and their respective children. No one outside of the family will be in attendance.

I thank Your Honor for her continued consideration.

Respectfully submitted;

*Elizabeth Macedonio*

Elizabeth Macedonio

cc: Allon Lifshitz, AUSA – Via Electronic Mail  
    Amina Adossa-Ali, PTS Officer – Via Electronic Mail