# MEMO

Date:      February 28, 2012

To:        Kiyo A. Matsumoto, United States District Judge

From:    Angelica Deniz, U.S. Probation Officer

Re:       Nicolo Valenti, 11-CR-031-03
          **Results of Drug Testing**

Reference is made to the above-noted defendant who pleaded guilty before Your Honor on August 1, 2011, to Extortionate Collection of Credit Conspiracy, in violation of 18 U.S.C. § 894(a)(1).

The urinalysis examination conducted by the Probation Department at the time of the presentence interview on February 16, 2012, revealed positive results for the recent use of marijuana. During the interview, the defendant stated that from age 15 to prior to the instant arrest, he smoked marijuana once monthly. He further advised that he smoked the night prior to the presentence interview, as he was nervous and did not know what to expect. A friend provided the defendant with the drug.

On January 26, 2011, the defendant was released from custody on a $400,000 secured bond with pretrial reporting conditions, with the following requirements: travel restricted to New York City and Long Island, New York, report to pretrial services as directed, subject to random home/employment visits, subject to home detention with electronic monitoring with the exception of medical emergencies, attorney visits and court appearances, avoid contact with co-defendants except in the presence of counsel, and surrendering of his passport. The Pretrial Services Officer was notified of the positive marijuana result.

Prepared By:

_____
Angelica Deniz
U.S. Probation Officer


cc:    Allon Lifshitz, Esq., Assistant U.S. Attorney
       Elizabeth E. Macedonio, Esq., Defense Counsel
       Amina Adossa-Ali, USPSO