**MEMORANDUM TO**
**THE HONORABLE KIYO A. MATSUMOTO**
**UNITED STATES DISTRICT JUDGE**



RE: Nicolo Valenti
DOCKET # 11-CR-031-03
FOR SENTENCE: April 4, 2012

## REQUEST FOR ADJOURNMENT

On August 1, 2011, the above-named defendant pleaded guilty before Your Honor to Extortionate Collection of Credit Conspiracy, in violation of 18 U.S.C. § 894(a)(1). On November 29, 2011, the case was subsequently referred to the United States Probation Department, and assigned to U.S. Probation Officer Angelica Deniz.

Officer Deniz left a voicemail for Defense Counsel in December 2011; however, Defense did not get in touch with Officer Deniz until January 2012. The presentence interview was then scheduled and conducted on February 16, 2012. As a result, this has delayed the presentence investigation. In light of the above-noted sentence date, and in order to provide the Government an d Defense ample time to respond to the presentence report following disclosure, were respectfully request an adjournment of the sentence date until mid May. We apologize for any inconvenience.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by:
_____
Mark Gjelaj
Supervising U.S. Probation Officer
(347)534-3743

Date: February 28, 2012

✓ Adjournment Request Granted

__ Adjournment Request Denied

New Sentence Date/Special Instructions: The previously scheduled 4/4/12 sentencing has been adjourned until 8/13/12 at 11:00am.

s/KAM

The Honorable Kiyo A. Matsumoto
United States District Judge

3/1/12
Date

cc: Allon Lifshitz, Esq.
    Assistant United States Attorney

    Elizabeth E. Macedonio, Esq.
    Defense Counsel