## UNITED STATES PRETRIAL SERVICES AGENCY
### Eastern District of New York

# MEMORANDUM

DOCKET & FILE

| | |
|---|---|
| **DATE:** | March 15, 2012 |
| **TO:** | Honorable Kiyo A. Matsumoto<br>United States District Judge |
| **RE:** | Nicolo Valenti<br>Docket No.: 11-CR-31-3 |
| | Request for Modification of Release Conditions |

On January 20, 2011, Mr. Valenti made his initial appearance before Magistrate Judge Andrew L. Carter and was charged with Extortion, in violation of 18 USC 894. On January 21, 2012, he was released on a $400,000 collateral bond with the following conditions: Home detention with location monitoring, reporting as directed, surrender passport and do not reapply for one, no association with co-defendants unless in the presence of counsel, and travel restrictions to New York City and Long Island. On August 1, 2011, Your Honor removed location monitoring as a condition of release. On August 1, 2011, the above noted defendant appeared before Your Honor and pled guilty to count 2 of the indictment which charged him with Extortion. He is scheduled to be sentenced on August 13, 2012.

On February 16, 2012, the defendant attended a presentence interview with Officer Deniz of the United States Probation Department. He was asked to submit a specimen for drug testing and admitted he smoked marijuana the previous evening as he was nervous about the interview.  On March 6, 2012, Pretrial Services met with the defendant and he stated that besides the presentence interview, he has been experiencing stress within his family and made the poor decision to use marijuana as a coping method. He was admonished and advised that continued drug use could lead to more restrictive reporting conditions and/or the revocation of his bond. He indicated he understood and would refrain from additional illicit drug use.

Based on the above noted noncompliance, Pretrial Services respectfully request that the conditions of release be modified to include random drug testing and/or treatment as directed by Pretrial Services. We have attached the Court Order for Your Honor's signature, if Your Honor determines that this request is appropriate.

Prepared by: _Amina Adossa-Ali_
Amina Adossa-Ali
U.S. Pretrial Services Officer

Approved by: _Ignace Sanon-Jules_
Ignace Sanon-Jules
Supervising Pretrial Services Officer

Attachment

**RE:**   Nicolo Valenti
**Docket No.:**   11-CR-31-3

IT IS THE ORDER OF THE COURT THAT:

☑   The defendant's conditions of release be modified to include random drug testing and/or treatment as directed by Pretrial Services.

☐   No action with regard to the defendant's condition of release is to take place at this time.

☐   Other: _____

_____

_____

SO ORDERED,

s/KAM

_____        3/19/12
Honorable Kiyo A. Matsumoto                    Date
U.S. District Judge

cc:   Allon Lifshitz, AUSA
      Elizabeth E Macedonio, Defense Counsel