MEMORANDUM TO
THE HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE



RE: Nicolo Valenti
DOCKET # 11-CR-031-03
FOR SENTENCE: August 13, 2012

### REQUEST FOR ADJOURNMENT

On August 1, 2011, the above-named defendant pleaded guilty before Your Honor to Extortionate Collection of Credit Conspiracy, in violation of 18 U.S.C. § 894(a)(1). On November 29, 2011, the case was subsequently referred to the United States Probation Department, and assigned to U.S. Probation Officers Patricia Sullivan and Angelica Deniz.

Officer Sullivan is awaiting additional information from the Government to complete the Offense Conduct section of the defendant's presentence report. As a result, this has delayed the presentence investigation. In light of the above-noted sentence date, and in order to provide the Government and Defense ample time to respond to the presentence report following disclosure, were respectfully request an adjournment of the sentence date until mid September. We apologize for any inconvenience.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by:
_____
Mark Gjelaj
Supervising U.S. Probation Officer
(347)534-3743

Date: July 3, 2012

*In order to provide the government and defense counsel ample time to respond to the presentence report, the court adjourned the 8/13/12 sentencing until 9/19/12 at 5:00 PM.*

So Ordered: s/KAM
Kiyo A. Matsumoto
U.S. District Judge
7/6/12